## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JANICE BARBER                                                               PLAINTIFF

V.                      NO. 3:09CV0020 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

## ORDER

On motion of Plaintiff, her time for filing Plaintiff's Appeal Brief is hereby extended to and including July 3, 2009.

DATED this 3rd day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE